IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRY L. BOWSHIER,         :

      Plaintiff,

                                  Case No. 3:25-cv-364

v.                  :

FIFTH THIRD BANK, et al.,                   JUDGE WALTER H. RICE

      Defendants.        :

---

## ENTRY SUSTAINING PLAINTIFF TERRY BOWSHIER'S EMERGENCY VERIFIED MOTION TO REOPEN CASE AND VACATE ORDER OF DISMISSAL (DOC. #4)

---

Plaintiff Terry Bowshier ("Plaintiff") filed this case, with an accompanying Motion for Leave to Proceed *in forma pauperis*, initially on November 3, 2025. Doc. #1. On May 19, 2026, this Court dismissed the case, with the understanding that a settlement had been reached between all the parties. Doc. #3. On July 15, 2026, Plaintiff filed a motion seeking to reopen the case under Fed. R. Civ. P. 60, stating that no settlement was ever reached. Doc. #4.

The Court believes that an inadvertent clerical mistake caused this case to be terminated. As such, relief is certainly justified under Fed. R. Civ. P. 60(a) and 60(b)(1). The case shall be reopened and Plaintiff's Motion for Leave to Proceed *in*

*forma pauperis*, Doc. #1, shall be considered active and referred to the proper United States Magistrate Judge for decision on that motion.

Plaintiff's Emergency Verified Motion to Reopen Case and Vacate Order of Dismissal, Doc. #4, is SUSTAINED. The Court's prior Order of Dismissal and Termination Entry, Doc. #3, is VACATED. Plaintiff's Motion for Leave to Proceed In Forma Pauperis, Doc. #1, is hereby referred to the proper United States Magistrate Judge for a decision as soon as practicable.

Date: July 16, 2026

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

2